HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BONIFACIO SILVA LARIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  5:25-cr-00005-CDB |
| | ) | |
| *Plaintiff,* | ) | **STIPULATION TO CONTINUE STATUS** |
| | ) | **CONFERENCE; [PROPOSED] ORDER** |
| vs. | ) | |
| | ) | |
| BONIFACIO SILVA LARIOS, | ) | Date:   April 7, 2026 |
| | ) | Time:  10:30 a.m. |
| *Defendant.* | ) | Judge: Hon. Christopher D. Baker |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Bonifacio Silva Larios, that the status conference scheduled for March 3, 2026, may be continued to April 7, 2026, at 10:30 a.m.

Mr. Silva Larios made his initial appearance in Bakersfield on December 9, 2025.  A superseding information was filed on December 10, 2025, and Mr. Silva Larios was arraigned on the superseding information on January 6, 2026.  The government has produced discovery. Defense counsel needs additional time to review discovery, discuss the case with her client, and negotiate with the government.  For this reason, the parties submit that a continuance is in the interest of justice and reflects the best use of the court's resources.

Based on the above, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed

by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to April 7, 2026, inclusive, may be deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Date:  February 26, 2026

ERIC GRANT
United States Attorney

/s/ Arelis Clemente
ARELIS CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff

Date: February 26, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ Laura Myers
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
BONIFACIO SILVA LARIOS

## **O R D E R**

**IT IS SO ORDERED.**  The status conference scheduled for March 3, 2026, at 11:00 a.m. is continued to April 7, 2026, at 10:30 a.m. The time period to April 7, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **February 26, 2026**

UNITED STATES MAGISTRATE JUDGE

Silva Larios - Stipulation to Continue                    -2-